1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  NORTHWEST LABORERS-
EMPLOYERS  HEALTH &
11  SECURITY TRUST, et al.,

CASE NO. C24-766 MJP

MINUTE ORDER

12                    Plaintiffs,

13          v.

14  PRO CLEAN NW, LLC,

15                    Defendant.

16

17      The following minute order is made by the direction of the court, the Honorable Marsha

18  J. Pechman, United States Senior District Judge:

19      The Court issued a Minute Order on August 21, 2024, which noted the Parties' failure to

20  file a joint status report as ordered and which extended the joint status report filing deadline to

21  October 2, 2024. (Dkt. No. 6.) The Minute Order also warned the Parties that failure to comply

22  with the joint status report filing deadline could lead to dismissal. (Id.) The Parties have not

23  complied with the August 21st Minute Order. The Court hereby ORDERS the Parties to file the

24

MINUTE ORDER - 1

joint status report by no later than October 22, 2024. Failure to comply with this Minute Order

will lead to dismissal for failure to prosecute under Fed. R. Civ. P. 41(b).

The clerk is ordered to provide copies of this order to all counsel.

Filed October 8, 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2