UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRO CLEAN NW, LLC,<br><br>Defendant. | CASE NO. C24-766 MJP<br><br>ORDER OF DISMISSAL |

The Court issues this Order sua sponte. The Court issued an Initial Scheduling Order that required the Parties to complete various tasks, including filing a joint status report by August 13, 2024. (Dkt. No. 5.) The Parties failed to comply with the Court's Initial Scheduling Order. The Court then granted the Parties additional time to file the joint status report by October 2, 2024, and warned the Parties that sanctions, including dismissal, could follow. (Dkt. No. 6.) Again the Parties failed to file the joint status report. The Court then extended the time to file the joint status report to October 22, 2024, and warned the Parties that failure to file the joint status report would lead to dismissal for failure to prosecute under Federal Rule of Civil Procedure 41(b).

1   Consistent with past performance, the Parties have not filed the joint status report. It also appears
2   that Plaintiffs have not taken any steps to prosecute this matter, having provided no response to
3   the Court's many orders or provided any evidence of service on Defendant. Given the absence of
4   any diligence and Plaintiffs' inability to comply with the Court's deadlines and Orders, the Court
5   DISMISSES this action without prejudice for failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b).

6         The clerk is ordered to provide copies of this order to all counsel.

7         Dated October 24, 2024.

                                      Marsha J. Pechman
                                      United States Senior District Judge